# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ELSMAILY<br><br>          Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, INC., d/b/a VERIZON<br>   and<br>SECURITAS SECURITY SERVICES, USA, INC., d/b/a SECURITAS<br>   and<br>THOMAS KOMINEK<br><br>          Defendants. | CIVIL ACTION NO.: 23-75<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between Plaintiff Michael Elsmaily, and Defendants Verizon Wireless, Inc., Securitas Security Services, USA, Inc., and Thomas Kominek (collectively "Defendants"), by and through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed with prejudice, and without costs or attorneys' fees to any party.

By: */s/ Timothy S. Seiler*
    Timothy S. Seiler, Esq.
    Karpf, Karpf & Cerutti
    3331 Street Road
    Two Greenwood Sq., Suite 128
    Bensalem, Pa. 19020
    Tel: (215) 639-4970
    *Attorney for Plaintiff*

Dated: September 6, 2023

By: */s/ Carla D. Macaluso*
    Carla D. Macaluso, Esq.
    Jackson Lewis P.C.
    200 Connell Drive
    Suite 2000
    Berkeley Heights, NJ 07922
    Tel: (908) 795-5200
    *Attorneys for Defendants*

Dated:  September 6, 2023

4858-4491-9148, v. 1

**So Ordered this 12th day of September, 2023**

_____
**Honorable Michael A. Shipp, U.S.D.J.**